MATTHEW MCPHILLIPS, Respondent, *v.* MARY FITZGERALD, as Executrix of JAMES M. FITZGERALD, Deceased, Appellant.

*McPhillips* v. *Fitzgerald,* 76 App. Div. 15, affirmed.
(Argued December 8, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 6, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Herbert C. Smyth, Sumner B. Stiles* and *Isaac Fromme* for appellant.

*Charles Strauss* and *Edward Browne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Absent : HAIGHT, J.